James E. Cecchi
Caroline F. Bartlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Jay W. Eisenhofer
Robert G. Eisler
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7000
*Attorneys for Plaintiff*
*[Additional Counsel Listed Below]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET OHAYON and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ESTÉE LAUDER, INC., CLINIQUE LABORATORIES, LLC,<br><br>　　　　　　　Defendants. | Civil Action No.: 13-cv-00218(KM)(MAH)<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that the above matter is hereby dismissed without prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI, OLSTEIN,
　　　　　　　　　　　　　　　　BRODY & AGNELLO
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　By: ___/s/ Caroline F. Bartlett___
　　　　　　　　　　　　　　　　　　　CAROLINE F. BARTLETT

Dated:   February 27, 2013

    Mark Gardy
    Charles Germershausen
    GARDY & NOTIS, LLP
    560 Sylvan Avenue, Suite 3085
    Englewood Cliffs, New Jersey 07632
    (201) 567-7377

    Paul M. Weiss
    Julie D. Miller
    COMPLEX LITIGATION GROUP, LLC
    513 Central Avenue, Suite 300
    Highland Park, Illinois 60035
    (847) 433-4500

    Stephen A. Weiss
    Jonathan Shub
    Scott A. George
    SEEGER WEISS LLP
    77 Water Street
    New York, New York 10005
    (212) 584-0700

    Joe R. Whatley, Jr.
    Patrick J. Sheehan
    WHATLEY KALLAS
    380 Madison Avenue, 23rd Floor
    New York, New York 10017
    (212) 447-7060

    Joseph P. Guglielmo
    SCOTT + SCOTT LLP
    500 5th Avenue, 40th Floor
    New York, New York 10110
    (212) 223-6444

887952.1